IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALTAMESE YOUNG, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 3:20-CV-00244-MAB |
| vs. | ) ) ) |
| INTEGRITY HEALTHCARE COMMUNITIES, LLC, AND BELLEVILLE BEHAVIORAL HEALTH & NURSING CENTER, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

Presently before the Court is the parties' joint motion to remand (Doc. 32) filed on February 10, 2021. The parties jointly request the Court to remand this matter to the Circuit Court for the 20th Judicial Circuit, St. Clair County, Illinois, which is where this case was originally filed on October 23, 2019 (Docs. 1, 32). Defendant Belleville Behavioral Health & Nursing Center, LLC removed this case on March 4, 2020 pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, arguing that removal was proper under the Class Action Fairness Act ("CAFA") (Doc. 1, p. 5).

Currently, this matter is set for a status conference on the issue of jurisdictional discovery in light of the Court's January 15, 2021 Order (Doc. 30). The purpose of this jurisdictional discovery was to determine whether the home state exception to CAFA

applies to the present matter, which, if applicable, would require this Court to remand the matter to state court. *See* 28 U.S.C. § 1332(d)(4)(B). As the parties now wish to remand this matter to state court, the Court hereby vacates all deadlines and cancels the status conference for February 18, 2021 at 10:00am (Doc. 31).

At the request of all parties, this case is hereby **REMANDED** to the Circuit Court of the 20th Judicial Circuit, St. Clair County, Illinois.

**IT IS SO ORDERED.**

**DATED: February 12, 2021**

s/ Mark A. Beatty  
**MARK A. BEATTY**  
**United States Magistrate Judge**